IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KEITH S. SLAYDON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 5:14cv00024 |
| | ) | |
| v. | ) | |
| | ) | |
| WATER COUNTRY USA, <u>et</u> <u>al.</u>, | ) | By: Hon. Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter was removed from the Circuit Court of Rockingham County on May 30, 2014, by defendant Seaworld Entertainment ("Seaworld"). Dkt. No. 1. That same day Seaworld filed a Motion to Dismiss for Improper Venue, arguing that venue was improper under 28 U.S.C. § 1391(b). Dkt. No. 4. On June 4, 2014, the court referred this matter to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. Dkt. No. 9. The magistrate judge filed a report and recommendation on June 30, 2014, recommending that Seaworld's motion be dismissed. Dkt. No. 13. Specifically, the report and recommendation notes that "'[t]he venue of removed actions is governed by 28 U.S.C. § 1441(a),' which 'expressly provides that the proper venue of a removed action is the district court of the United States for the district and division embracing the place where such action is pending.'" <u>Id.</u> at 2 (quoting <u>Polizzi v. Cowles Magazines, Inc.</u>, 345 U.S. 663 (1953)).

No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted *in toto*. It is accordingly

**ORDERED** and **ADJUDGED** Seaworld's Motion to Dismiss for Improper Venue, Dkt. No. 4, is **DENIED** and that the report and recommendation, Dkt. No. 13, is **ADOPTED in its entirety**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: July 18, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge